# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 𝔣𝔬𝔯 𝔱𝔥𝔢 𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞 𝔅𝔯𝔲𝔫𝔰𝔴𝔦𝔠𝔨 𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫

TYLER BENNETT,

    Plaintiff,

v.                                                                CV 224-142

WARE COUNTY SCHOOL DISTRICT,

    Defendant.

**ORDER**

Plaintiff Tyler Bennett initiated this civil rights action against Defendant Ware County School District on December 13, 2024, in the U.S. District Court for the Southern District of Georgia, Brunswick Division. Dkt. No. 1. In the complaint, Plaintiff alleges venue is proper in this Court under 28 U.S.C. § 1391 "because it is a district wherein Defendant Ware County School District resides or does business and where a substantial part of the events or omissions giving rise to [Plaintiff's] claims occurred." Id. ¶ 2; see also 28 U.S.C. § 1391(b)(1) ("A civil action may be brought in . . . a judicial district in which any defendant resides . . . ."); id. § 1391(b)(2) ("A civil action may be brought in . . . a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is

subject of the action is situated."). Plaintiff also states venue is proper in this Court "because it is the district in which the unlawful employment practices were committed." Dkt. No. 1 ¶ 2 (citing 42 U.S.C. § 2000e-5(f)(3)).

Plaintiff is correct that the Southern District of Georgia is the appropriate district within which to bring his case. However, the complaint makes clear that Plaintiff's claims arise from his employment with Defendant, which is located in Ware County, Georgia. Id. ¶¶ 6, 9. Further, both Plaintiff and Defendant reside in Ware County, Georgia. Id. ¶¶ 3, 6. Ware County, Georgia, is located within the Southern District of Georgia, Waycross Division. Therefore, this case should have been filed within the Waycross Division. S.D. Ga. L.R. 2.1(a) ("All civil actions, not *in rem*, brought against a resident of one of the six divisions of this district shall be brought and tried in the division in which the defendant resides or in a division in which a substantial part of the events or omissions giving rise to the claim occurred."). Accordingly, this case is hereby **TRANSFERRED** to the Waycross Division. See 28 U.S.C. § 1404(a) ("[A] district court may transfer any civil action to any other district or division where it might have been brought[.]").

3

**SO ORDERED**, this \_17\_ day of December, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA